IN THE DISTRICT COURT OF THE UNITED STATES
DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO.:   4:14CR775-BHH-3 |
| | : | |
| vs. | : | |
| | : | **BRIDGE PROGRAM** |
| Adam Rodney Caulder | : | **SANCTION ORDER** |

**On April 22, 2015, defendant was accepted as a participant in the BRIDGE Program under which program defendant's compliance with the terms of supervision is overseen by the BRIDGE Team.  Defendant has been found in violation of the conditions of defendant's supervision, and the undersigned United States District Judge has determined that defendant's violation conduct requires sanctions.**

**        IT IS HEREBY ORDERED that the defendant is hereby immediately to be taken into custody by the United States Marshal.    The defendant shall  be released from custody on Wednesday, June 15, 2016 at 5:00 pm.**

        IT IS FURTHER ORDERED that the Defendant shall complete five (5) days of community service .   The Defendant is ordered to take a tour of a Federal Prison and shall submit thinking reports.

s/ Bruce Howe Hendricks
_____
HON. BRUCE HOWE HENDRICKS
UNITED STATES DISTRICT JUDGE

DATE   June 13, 2016
Florence, South Carolina